DISMISS; Opinion Filed December 13, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01511-CR

## TROY LEE PERKINS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-00645-S**

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Francis

Troy Lee Perkins pleaded guilty to aggravated robbery. Based on a plea agreement, punishment was assessed at imprisonment for twelve years. Sentence was imposed in open court on January 7, 2008. Appellant did not appeal his conviction at that time. On November 1, 2012, appellant filed a pro se notice of appeal. Appellant's notice of appeal is untimely as to the January 7, 2008 conviction. *See* TEX. R. APP. P. 26.2(a)(1); *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

We dismiss the appeal for want of jurisdiction.

MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
121511F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TROY LEE PERKINS, Appellant

No. 05-12-01511-CR    V.

THE STATE OF TEXAS, Appellee

Appeal from the 282nd Judicial District
Court of Dallas County, Texas (Trial Court
No. F07-00645-S).
Opinion delivered by Justice Francis,
Justices Moseley and Lang participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered December 13, 2012.

_____
MOLLY FRANCIS
JUSTICE